**Affirmed and Opinion Filed May 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00185-CR

## EX PARTE BRANDON WALTON STEWART

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX15-90003-J**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

Brandon Walton Stewart filed an application for writ of habeas corpus seeking to avoid extradition to California. The matter was referred to a magistrate, who, after conducting a hearing, made findings and recommended that relief be denied. The district court adopted the magistrate's findings and denied habeas corpus relief. In a single issue, appellant contends the trial court erred in denying him relief because "it did not have before it the requisite evidence to support extradition." We affirm the trial court's order.

At the hearing before the magistrate, the State introduced into evidence the Governor's Warrant and the supporting documentation. Appellant did not deny his identity under oath, and presented no other evidence that he is not the person named in the warrant. On January 23, 2015, the magistrate entered written proposed findings of fact that: (1) the Governor's Warrant is regular on its face; (2) appellant is charged with crimes in the demanding state, California; (3) appellant is the person named in the warrant; and (4) appellant is a fugitive. On January 29,

2015, the district court entered an order that states, "The Court, having examined the Magistrate's Proposed Findings and Recommendations, and being otherwise fully advised in the premises, hereby adopts the Findings and Recommendations of the Magistrate."

Appellant does not challenge the magistrate's findings. In fact, he concedes the "necessary documents" were introduced at the hearing before the magistrate. He argues, rather, that because the documents were not appended to the magistrate's proposed findings, the district court did not "find the necessary documentation to be in order," and thus erred in denying appellant relief. The State responds that appellant has not shown the district court did not review the Governor's Warrant and supporting documentation. We agree with the State.

In the absence of evidence to the contrary, we presume the regularity of trial court proceedings. *See Breazeale v. State*, 683 S.W.2d 446, 450 (Tex. Crim. App. 1985) (op. on reh'g). The trial court's order adopting the magistrate's findings and denying habeas corpus relief recites that the court examined the findings and was "otherwise fully advised of the premises." Nothing in the record before the Court reflects that the district court did not have the Governor's Warrant and supporting documentation, which was admitted into evidence, before it at the time the court reviewed and adopted the magistrate's findings. *See id.*; *see also* TEX. GOV'T CODE ANN. § 54.311 (West 2013) (magistrate shall transmit to referring court any papers relating to the case, including findings, conclusions, order, recommendations, or other action taken). Therefore, appellant has not presented a record that affirmatively contradicts the recitations in the order so as to overcome the presumption of regularity. We overrule appellant's sole issue.

We affirm the trial court's order denying appellant the relief sought by his application for writ of habeas corpus.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150185F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE BRANDON WALTON
STEWART

No. 05-15-00185-CR

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. WX15-90003-J.
Opinion delivered by Justice Lang, Justices
Stoddart and Schenck participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's order denying appellant the relief sought by his application for writ of habeas corpus.

Judgment entered this 18th day of May, 2015.